UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | JOYCE, JOHN R. | § | Case No. 09-08509 |
| | | § | |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 07/17/2013 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/13/2013        By:    /s/Eugene Crane
                                      Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: JOYCE, JOHN R. | § Case No. 09-08509 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ 1,591.08

*and approved disbursements of*  $ 470.97

*leaving a balance on hand of* [1]  $ 1,120.11

**Balance on hand:**  $ 1,120.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | Fifth Third Bank | 178,803.35 | 0.00 | 0.00 | 0.00 |

Disallowed per Court Order 10/20/11.

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 1,120.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 397.77 | 0.00 | 189.90 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 1,948.50 | 0.00 | 930.21 |

Total to be paid for chapter 7 administration expenses:  $ 1,120.11
Remaining balance:  $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,580,844.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Fifth Third Bank | 188,663.39 | 0.00 | 0.00 |
| 2 | Roundup Funding, LLC | 17,185.24 | 0.00 | 0.00 |
| 3 | Richard Stack | 25,250.00 | 0.00 | 0.00 |
| 4 | Bridgeview Bank Group | 390,092.39 | 0.00 | 0.00 |
| 5 | Fia Card Services, NA/Bank of America | 25,673.23 | 0.00 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 16,945.88 | 0.00 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 51,844.21 | 0.00 | 0.00 |
| 8 | FGLO, Inc. | 733,692.23 | 0.00 | 0.00 |
| 9 | John McMahon | 131,497.46 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $    0.00
Remaining balance:    $    0.00

Prepared By:   /s/EUGENE CRANE
                         Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-08509-CAD
John R. Joyce                                                           Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: corrinal                Page 1 of 5                  Date Rcvd: Jun 17, 2013
                               Form ID: pdf006               Total Noticed: 89


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2013.
db           +John R. Joyce,    1260 Country Lane,     Northbrook, IL 60062-3804
13642089      14 South Leavitt LLC,    c/o James R. Pattison,     120 S. Central,    Wood Dale, IL 60191-2428
13642090     +2120-24 West Washington LLC,    c/o Emrett Groomes,     13127 Annika Drive,
               Litchfield Park, AZ 85340-8361
13642091     +226-28 East 55th Place LLC,    c/o Tim McGrath,     900 West Jackson Blvd., Suite 3W,
               Chicago, IL 60607-3746
13642092     +57th And Calumet LLC,    c/o Robert Blinstrubas,     15 Spinning Wheel Dr., Suite 300,
               Hinsdale, IL 60521-2986
13642093     +6669 South Michigan LLC,    c/o Tim McGrath,     900 W. Jackson Blvd., Suite 3W,
               Chicago, IL 60607-3746
13642094     +707 South St. Louis LLC,    c/o Tim McGrath,     900 W. Jackson Blvd., Suite3W,
               Chicago, IL 60607-3024
13642096     +Affordable Housing Investment Grp.,     c/o Tim McGrath,    900 W. Jackson Blvd. Suite 3W,
               Chicago, IL 60607-3746
13642097     +Affordable Investors LLC,    c/o Tim McGrath,     900 W. Jackson Blvd., Suite 3W,
               Chicago, IL 60607-3746
13642098     +Amalgamated Bank,    One West Monroe,    Chicago, IL 60603-5384
13642099     +Anthony Dohse,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St., Suite 2350,
               Chicago, IL 60602-3110
13642100     +Anthony F. Spina, Esq.,    Spina, McGuire & Okal, P.C.,     7610 West North Avenue,
               Elmwood Park, IL 60707-4142
13642101     +Bank of America,    P.O. Box 655961,    Dallas, TX 75265-5961
13642102     +Bank of America,    135 South LaSalle St.,    Chicago, IL 60603-4157
13642103     +Bridgeview Bank Group,    c/o Chill, Chill & Radtke, PC,     79 West Monroe Street, Suite 1305,
               Chicago, IL 60603-4925
13642104      Brink’s Home Security,    P.O. Box 152235,    Irving, TX 75015-2235
13642105     +Car Max Auto Finance,    P.O. Box 3174,    Milwaukee, WI 53201-3174
13642106     +Charles Matthew,    2120 W. Washington St.,    Unit 406,    Chicago, IL 60612-2349
13642107     +Chill Chill & Radtke, P.C.,    79 W. Monroe St., Suite 1305,     Chicago, IL 60603-4925
13642108     +CitiCards,    P.O. Box 6000,   The Lakes, NV 89163-0001
13642109     +City of Chicago,    c/o Mara S. Georges,    121 N. LaSalle St., Rm. 600,     Chicago, IL 60602-1244
13642110     +Daniel Rubin, Esq.,    Statman Harris & Eyrich LLC,     200 W. Madison St., Suite 3820,
               Chicago, IL 60606-3465
13642111      Dante Dorchester Development LLC,     c/o James R. Pattison,    120 S. Central,
               Wood Dale, IL 60191-2428
13642112     +David Grove,    3414 N. Hoyne,   Chicago, IL 60618-6110
13642113     +David Staral, Jr.,    2004 W. Huron St.,    Chicago, IL 60612-1338
13642114     +Doug Labuda,    c/o Thomas C. Cronin, Esq.,    33 North Dearborn St., Suite 2350,
               Chicago, IL 60602-3110
13642115     +Edgebrook Bank,    6000 West Touhy,    Chicago, IL 60646-1277
13642116     +Emrett Groomes,    13127 Annika Drive,    Litchfield Park, AZ 85340-8361
13642118     +FGLO, Inc.,    c/o Jay R. Goldberg,    10 S. LaSalle Street, Suite 2910,    Chicago, IL 60603-1056
13642117     +Fair Play LLC,    c/o Tim McGrath,    900 West Jackson Blvd., Suite 3W,    Chicago, IL 60607-3746
13874158     +Fifth Third Bank,    c/o Statman Harris and Eyrich LLC,     200 W. Madison Street, Ste 3820,
               Chicago, IL 60606-3465
13642120     +Frank Voltarel,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St., Suite 2350,
               Chicago, IL 60602-3110
13642121     +G.P. Hartnett,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St., Site 2350,
               Chicago, IL 60602-3102
13642122     +Gary Silverman,    1100 Forest Avenue,    Wilmette, IL 60091-1655
13642123     +Indy Mac Bank,    6900 Beatrice Drive,    Kalamazoo, MI 49009-9559
13642124     +Inland Bank,    5456 S. LaGrange Road,    Countryside, IL 60525-2851
13642125      Integra Bank,    7655 S. Harlem Avenue,    Bridgeview, IL 60455
13878803     +JPMorgan Chase,    7255 Baymeadows Way,    Mail Stop JAXB2007,    Jacksonville, FL 32256-6851
13642135     +JTTR Advisors, LLC,    c/o Tim McGrath,    900 West Jackson Blvd., Suite 3W,
               Chicago, IL 60607-3746
13642137     +JTTR LLC,    c/o Tim McGrath,   900 West Jackson Blvd., Suite 3W,     Chicago, IL 60607-3746
13642136     +JTTR Law Group LLC,    c/o Benjamin Malkin, Esq.,     150 N. Michigan, Suite 2400,
               Chicago, IL 60601-3613
13801287     +Jack Shea,    c/o Susan Shea,   8952 Woodcreek Circle,     Wilmington, NC 28411-8119
13642126     +Jack Shea,    5535 Circulo Terra,    Tucson, AZ 85750-1003
13642127     +James McQuaid,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St, Suite 2350,
               Chicago, IL 60602-3110
13642128      James R. Pattison,    120 S. Central,    Wood Dale, IL 60191-2428
13642129     +Jane Oberrrender,    4505 Moorland Avenue,    Edina, MN 55424-1158
14347003     +Jeremiah murphy,    17936 Emily Court,    Tinley Park, IL 60477-2692
13642130     +Joel F. Handler, Esq.,    55 West Wacker Drive,     Suite 950,   Chicago, IL 60601-1794
13642131     +John Bodeman,    1240 North Lake Shore Drive,     Apt. 25A,   Chicago, IL 60610-6650
13642132     +John McMahon,    601 North Edgewood,    LaGrange Park, IL 60526-5511
13642133     +John Rudloph,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St., Suite 2350,
               Chicago, IL 60602-3110
13642138     +Kevin Rogers,    c/o Thomas C. Cronin, Esq.,     33 North Dearborn St., Suite 2350,
               Chicago, IL 60602-3110
13642140     +Linda Vandenburgh,    507 West Armitage,    Chicago, IL 60614-4526
```

```
District/off: 0752-1          User: corrinal              Page 2 of 5                  Date Rcvd: Jun 17, 2013
                              Form ID: pdf006             Total Noticed: 89


13642141      +Marty Krasnitz,    330 W. Diversey, Apt. 607,    Chicago, IL 60657-6208
13642142      +Michael Caplice,    c/o Thomas C. Cronin, Esq.,    33 North Dearborn St., Suite 2350,
                Chicago, IL 60602-3110
13642143      +Michael Cohen,    3350 Summit Avenue,    Highland Park, IL 60035-1110
13642144      +Michael Silver & Co.,    c/o Ronald Weiss,    5750 Old Orchard Road, Suite 200,
                Skokie, IL 60077-4403
13642095      +Mr. A. Joseph Droessler,    790 Highview Avenue,    Glen Ellyn, IL 60137-5562
13642145       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
13642146      +Noel Dalzell,    5124 N. Long Avenue,    Chicago, IL 60630-2232
13642147      +Paul C. Joyce,    2031 Pine St.,    San Francisco, CA 94115-2827
13642149       Quality Homes of Illinois, LLC,    c/o James R. Pattison,    120 S. Central,
                Wood Dale, IL 60191-2428
13642150      +Richard M. Craig, Esq.,    Kilgallon & Craig,    218 N. Jefferson St., Suite 400,
                Chicago, IL 60661-1306
13642152      +Rochelle Friedman,    2779 Aspen Court,    Tucker, GA 30084-2349
13801288      +Ronald Kranitz,    6511 Havenwood Circle,    Huntington Beach, Ca 92648-6621
13642153       Ronald Krasnitz,    16 Waterview Lane,    Setauket, NY 11733-1551
13642154       Rosa Young,    4316 Golf Ridge Drive E,    Bloomfield Hills, MI 48302
13642155      +Ryan D’Aprile,    2159 West Madison,    Chicago, IL 60612-2307
13642159      +SEB Madison, LLC,    c/o Richard M. Craig,    218 N. Jefferson St., Suite 400,
                Chicago, IL 60661-1306
13642156      +Safeco of America,    c/o Jolas & Associates, LLP,    202 1st St. NW-P.O. Box 4000,
                Mason City, IA 50401-3104
13642158      +Scott A. Kogen, Esq.,    Scott A. Kogen and Associates PC,    134 N. LaSalle St., Suite 1515,
                Chicago, IL 60602-1167
13642160       Small Business Administration,    c/o Colson Services Corp.,    P.O. Box 1289-Bowling Green Station,
                New York, NY 10274
13642161      +Stahl Cowen Crowley LLC,    c/o Ronald Damashek,    55 West Monroe, Suite 1200,
                Chicago, IL 60603-5127
13642162      +Steven R. Radtke, Esq.,    Chill Chill & Radtke, P.C.,    79 W. Monroe St., Suite 1305,
                Chicago, IL 60603-4925
13642163      +Stone Pogrund & Korey LLC,    1 East Wacker Dr., Suite 2610,    Chicago, IL 60601-2001
13642164      +Susan E. Joyce,    1260 Country Lane,    Northbrook, IL 60062-3804
13642165      +Terrence M. Heuel, Esq.,    134 North LaSalle St., Suite 2100,    Chicago, IL 60602-1124
14347004      +Thomas F. Courtney, Jr.,    Thomas F. Courtney & Assoc,    7000 West 127th St,
                Palos Heights, IL 60463-1558
13642167      +Tim McGrath,    900 West Jackson Blvd., Suite 3W,    Chicago, IL 60607-3746
13642168      +Tina M. Jacobs, Esq.,    Jones & Jacobs,    77 W. Washington St., Suite 2100,
                Chicago, IL 60602-2903
13642169       Two South Leavitt LLC,    c/o James R. Pattison,    120 S. Central,    Wood Dale, IL 60191-2428
13642170      +Washington Mutual,    2210 Enterprise Drive,    Florence, SC 29501-1109
13642171      +Weinberg Law Group Ltd.,    655 W. Irving Park Road, Suite 2703,    Chicago, IL 60613-3187
13642172      +William Rogers,    c/o Thomas C. Cronin, Esq.,    33 North Dearborn St., Suite 2350,
                Chicago, IL 60602-3110
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16500994       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 18 2013 02:28:55
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
13642134      +E-mail/Text: ndaily@ksnlaw.com Jun 18 2013 02:24:31      Joseph Creaven,
                c/o Kovitz Shifrin Nesbit,    750 W. Lake Cook Rd., Suite 350,    Buffalo Grove, IL 60089-2088
13642139      +E-mail/Text: ndaily@ksnlaw.com Jun 18 2013 02:24:31      Kovitz Shifrin Nesbit,
                750 Lake Cook Road,    Suite 350,    Buffalo Grove, IL 60089-2086
13642148      +E-mail/Text: ndaily@ksnlaw.com Jun 18 2013 02:24:31      Pena Kimberly Agency,
                c/o Kovitz Shifrin Nesbit,    750 W. Lake Cook Rd., Suite 350,    Buffalo Grove, IL 60089-2088
16122565       E-mail/Text: resurgentbknotifications@resurgent.com Jun 18 2013 02:20:31      Roundup Funding, LLC,
                MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13642119     ##+Fifth Third Bank,    346 West Carol Lane,    Elmhurst, IL 60126-1003
13642151     ##+Richard Stack,    850 DeWitt, Apt. 9J,    Chicago, IL 60611-2377
13642157     ##+Sarah R. Lohman,    2004 W. Huron St.,    Chicago, IL 60612-1338
13642166     ##+Thomas C. Cronin, Esq.,    Cronin & Co., Ltd.,    33 N. Dearborn St., Suite 2350,
                Chicago, IL 60602-3110
                                                                                              TOTALS: 0, * 0, ## 4

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: corrinal              Page 3 of 5                   Date Rcvd: Jun 17, 2013
                              Form ID: pdf006             Total Noticed: 89
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 19, 2013**                    **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1          User: corrinal              Page 4 of 5                  Date Rcvd: Jun 17, 2013
                              Form ID: pdf006             Total Noticed: 89
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2013 at the address(es) listed below:

              August A Pilati    on behalf of Debtor John R. Joyce apilati@aapltdlaw.com,
               pmitchell@aapltdlaw.com;kfedinets@aapltdlaw.com
              Bradley K Staubus    on behalf of Creditor Doug  Labuda bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Gary  Silverman bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor    Two South Leavitt, LLC bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Dave  Grove bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Kevin  Rogers bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor    Affordable Housing Investment Group, LLC
               bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor James  McQuaid bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Ronald  Krasnitz bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor John  Rudolph bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor    G.P. Hartnett bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor John  Bodeman bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Michael  Caplice bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Jack  Shea bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor William  Rogers bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Friedman  Rochelle bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Noel  Dalzell bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor    Affordable Investors, LLC bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Anthony  Dohse bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Frank  Voltarel bks@eslaw500.com
              Bradley K Staubus    on behalf of Creditor Marty  Krasnitz bks@eslaw500.com
              Daniel  Rubin    on behalf of Creditor    Fifth Third Bank drubin@howardandhoward.com
              David L Kane    on behalf of Creditor Gary  Silverman dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor    Two South Leavitt, LLC dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor John  Bodeman dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Ronald  Krasnitz dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Doug  Labuda dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor    G.P. Hartnett dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Marty  Krasnitz dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor    John McMahon dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Kevin  Rogers dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Dave  Grove dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Friedman  Rochelle dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Jack  Shea dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor    Affordable Housing Investment Group, LLC dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Frank  Voltarel dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Anthony  Dohse dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor William  Rogers dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor John  Rudolph dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor James  McQuaid dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Michael  Caplice dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor    Affordable Investors, LLC dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              David L Kane    on behalf of Creditor Noel  Dalzell dkane@mpslaw.com,
               dnichols@mpslaw.com;mpslawllc@gmail.com;jlitwin@mpslaw.com
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene  Crane     ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Faiq  Mihlar    on behalf of Creditor    JP Morgan Chase Bank, National Association
               shellyhood@hsbattys.com,
               jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
              Heather M Giannino    on behalf of Creditor    JP Morgan Chase Bank, National Association
               heathergiannino@hsbattys.com, jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
              John D. Spina    on behalf of 3rd Party Plaintiff    Edgebrook Bank jspina@smolaw.com,
               johndspina@sbcglobal.net
              Justin M. Newman    on behalf of Creditor    FGLO, Inc. jnewman@fieldandgoldberg.com

```
District/off: 0752-1           User: corrinal              Page 5 of 5                  Date Rcvd: Jun 17, 2013
                               Form ID: pdf006             Total Noticed: 89
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
```
              Kenneth A Fedinets    on behalf of Debtor John R. Joyce kfedinets@aapltdlaw.com,
               apilati@aapltdlaw.com;pmitchell@aapltdlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stewart A Chapman     on behalf of Creditor    OneWest Bank, FSB f/k/a IndyMac Federal Bank, FSB
               northerndistrict@atty-pierce.com
              Teresa M Dickinson    on behalf of Creditor    Fifth Third Bank tdickinson@statmanharris.com
              Thomas C Cronin    on behalf of Creditor Friedman  Rochelle tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Michael  Caplice tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Kevin  Rogers tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Jack  Shea tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor    Affordable Housing Investment Group, LLC
               tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor James  McQuaid tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Ronald  Krasnitz tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor William  Rogers tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor    Two South Leavitt, LLC tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Gary  Silverman tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Frank  Voltarel tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Doug  Labuda tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Anthony  Dohse tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor    Affordable Investors, LLC tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor     G.P. Hartnett tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Noel  Dalzell tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Dave  Grove tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor Marty  Krasnitz tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor John  Bodeman tcc@cronincoltd.com
              Thomas C Cronin    on behalf of Creditor John  Rudolph tcc@cronincoltd.com
                                                                                             TOTAL: 73
```