# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: JOYCE, JOHN R.                                    §   Case No. 09-08509
                                                         §
                                                         §
_____   §
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,265,388.20                    Assets Exempt:  $611,677.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$0.00              Claims Discharged
                                                   Without Payment: $15,250,142.88

Total Expenses of Administration:$1,591.08

3) Total gross receipts of $      1,591.08     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2** ), yielded net receipts of  $1,591.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $629,383.91 | $178,803.35 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,817.24 | 2,817.24 | 1,591.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,843,991.85 | 1,402,040.68 | 1,580,844.03 | 0.00 |
| **TOTAL DISBURSEMENTS** | $15,473,375.76 | $1,583,661.27 | $1,583,661.27 | $1,591.08 |

4) This case was originally filed under Chapter 7 on March 13, 2009. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/27/2013           By: /s/EUGENE CRANE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock and business interests | 1121-000 | 1,590.91 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | $1,591.08 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Fifth Third Bank | 4110-000 | N/A | 178,803.35 | 0.00 | 0.00 |
| NOTFILED | Washington Mutual | 4110-000 | 557,018.00 | N/A | N/A | 0.00 |
| NOTFILED | Indy Mac Bank | 4110-000 | 54,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Car Max Auto Finance | 4210-000 | 18,365.91 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $629,383.91 | $178,803.35 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 397.77 | 397.77 | 189.90 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 1,948.50 | 1,948.50 | 930.21 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.27 | 1.27 | 1.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.50 | 2.50 | 2.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.19 | 1.19 | 1.19 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.01 | 1.01 | 1.01 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,817.24 | $2,817.24 | $1,591.08 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Fifth Third Bank | 7100-000 | 330,000.00 | 9,860.04 | 188,663.39 | 0.00 |
| 2 | Roundup Funding, LLC | 7100-000 | N/A | 17,185.24 | 17,185.24 | 0.00 |
| 3 | Richard Stack | 7100-000 | 0.00 | 25,250.00 | 25,250.00 | 0.00 |
| 4 | Bridgeview Bank Group | 7100-000 | 265,000.00 | 390,092.39 | 390,092.39 | 0.00 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | 25,768.00 | 25,673.23 | 25,673.23 | 0.00 |
| 6 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 16,945.88 | 16,945.88 | 0.00 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | 52,925.00 | 51,844.21 | 51,844.21 | 0.00 |
| 8 | FGLO, Inc. | 7100-000 | 501,000.00 | 733,692.23 | 733,692.23 | 0.00 |
| 9 | John McMahon | 7100-000 | unknown | 131,497.46 | 131,497.46 | 0.00 |
| NOTFILED | Kevin Rogers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kovitz Shifrin Nesbit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JTTR, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marty Krasnitz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Linda Vandenburgh | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Silver & Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | National Enterprise Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Cohen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | JTTR Advisors, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Caplice | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | John Rudolph | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | James R. Pattison | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jack Shea | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James McQuaid | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jane Oberrender | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Bodeman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joel F. Handler, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Integra Bank | 7100-000 | 3,650,747.00 | N/A | N/A | 0.00 |
| NOTFILED | Noel Dalzell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 7100-000 | 293,239.00 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Creaven | 7100-000 | 14,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard M. Craig, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul C. Joyce | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Terrence M. Heuel, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven R. Radtke, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stone Pogrund & Korey LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas C. Cronin, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tina M. Jacobs, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tim McGrath | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | William Rogers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Two South Leavitt LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Weinberg Law Group Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stahl Cowen Crowley LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | SEB Madison, LLC | 7100-000 | 508,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Small Business Administration | 7100-000 | 253,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Rochelle Friedman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pena Kimberly Agency | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 7100-000 | 3,800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ronald Krasnitz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ryan D'Aprile | 7100-000 | 26,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Rosa Young | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott A. Kogen, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Safeco of America | 7100-000 | 212.85 | N/A | N/A | 0.00 |
| NOTFILED | Sarah R. Lohman | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paul C. Joyce | 7100-000 | 400,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Frank Voltarel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 7100-000 | 890,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 707 South St. Louis LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 57th and Calumet LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 6669 South Michigan LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | A. Joseph Droessler | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Affordable Investors LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Affordable Housing Investment Grp. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony F. Spina, Esq. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amalgamated Bank | 7100-000 | 1,800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony Dohse | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | 226-28 East 55th Place LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 South Leavitt LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 2120-24 West Washington LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 16,928.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 16,826.00 | N/A | N/A | 0.00 |
| NOTFILED | Doug Labuda | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | David Grove | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Staral, Jr. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Edgebrook Bank | 7100-000 | 800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Emrett Groomes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edgebrook Bank | 7100-000 | 560,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gary Silverman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fair Play LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | G.P. Hartnett | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dante Dorchester Development LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Daniel Rubin, Esq. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Brink's Home Security | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Bank of America | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
|----------|-----------------|----------|----------|-----|-----|------|
| NOTFILED | Bridgeview Bank Group | 7100-000 | 100,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Brink's Home Security | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Car Max Auto Finance | 7100-000 | 18,272.00 | N/A | N/A | 0.00 |
| NOTFILED | Brink's Home Security | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citicards | 7100-000 | 33,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Charles Matthew | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chill Chill & Radtke, PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Inland Bank | 7100-000 | 455,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $14,843,991.85 | $1,402,040.68 | $1,580,844.03 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 09-08509 | **Trustee:** (330350) EUGENE CRANE | |
| **Case Name:** JOYCE, JOHN R. | **Filed (f) or Converted (c):** 03/13/09 (f) | |
| | **§341(a) Meeting Date:** 04/20/09 | |
| **Period Ending:** 08/27/13 | **Claims Bar Date:** 12/06/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1260 Country Lane Northbrook | 600,000.00 | 0.00 | | 0.00 | FA |
| 2 | American Chartered Bank checking account | 144.00 | 144.00 | | 0.00 | FA |
| 3 | E-Trade Financial account | 0.00 | 0.00 | | 0.00 | FA |
| 4 | American Chartered Bank Health savings account | 354.00 | 354.00 | | 0.00 | FA |
| 5 | Bank of America checking account | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings | 5,000.00 | 2,000.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms and Hobby Equipment | 1,500.00 | 1,000.00 | | 0.00 | FA |
| 10 | Pruco Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Standard Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Pension Plans -E-Trade Financial | 1.81 | 1.81 | | 0.00 | FA |
| 13 | Stock and business interests | 0.00 | 0.00 | | 1,590.91 | |
| 14 | Loans to Two S. Leavitt LLC | 85,382.45 | 85,382.45 | | 0.00 | FA |
| 15 | Loans to Dante Dorchester Development LLC | 11,633.45 | 11,633.45 | | 0.00 | FA |
| 16 | Loans to 6669 S. Michigan LLC | 19,948.00 | 19,948.00 | | 0.00 | FA |
| 17 | Loans to 226-28 E. 55th Place | 58,668.89 | 58,668.89 | | 0.00 | FA |
| 18 | Loans to 707 S. St. Louis LLC | 70,978.09 | 70,978.09 | | 0.00 | FA |
| 19 | Loans to 2120-24 W. Washington LLC | 68,451.14 | 68,451.14 | | 0.00 | FA |
| 20 | Loans to Quality Homes of Illinois LLC | 20,469.79 | 20,469.79 | | 0.00 | FA |
| 21 | Loans to 57th and Calumet LLC | 199,313.54 | 199,313.54 | | 0.00 | FA |
| 22 | Loans to 14 S. Leavitt LLC | 19,815.38 | 19,815.38 | | 0.00 | FA |
| 23 | Loans to 507 W. Armitage LLC | 82,005.66 | 82,005.66 | | 0.00 | FA |
| 24 | Potential tax refund | Unknown | 0.00 | | 0.00 | FA |
| 25 | John Joyce revocable trust | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2004 Nissan Murano | 15,140.00 | 0.00 | | 0.00 | FA |
| 27 | Office Equipment, Furnishings and Supplies | 50.00 | 50.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 09-08509 | **Trustee:** | (330350)   EUGENE CRANE |
| **Case Name:** JOYCE, JOHN R. | **Filed (f) or Converted (c):** | 03/13/09 (f) |
| | **§341(a) Meeting Date:** | 04/20/09 |
| **Period Ending:** 08/27/13 | **Claims Bar Date:** | 12/06/10 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 28 | Prepetition earned and unpaid salary | 5,032.00 | 755.00 | | 0.00 | FA |
| 29 | Other contingent &unliquidated claims | Unknown | Unknown | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.17 | FA |
| **30** | **Assets    Totals** (Excluding unknown values) | **$1,265,388.20** | **$640,971.20** | | **$1,591.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

11/30/11: investigation into possible assets continues. May need to file a motion to close case instead of TFR

03/31/2013: Will file a motion to close case due to insufficient funds onhand.

06/11/13: Filed TFR; hearing set for 07/17/13 (dk)

**Initial Projected Date Of Final Report (TFR):**      December 31, 2011      **Current Projected Date Of Final Report (TFR):**      June 11, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 09-08509 | |
| **Case Name:** | JOYCE, JOHN R. | |
| **Taxpayer ID #:** | **-***3769 | |
| **Period Ending:** | 08/27/13 | |

| | |
|---|---|
| **Trustee:** | EUGENE CRANE (330350) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-*****68-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/03/10 | {13} | JTTR III | Receipts from JTTR III investment | 1121-000 | 1,590.91 | | 1,590.91 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.92 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.93 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.94 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.95 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.96 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,590.97 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-08509, ~ Blanket Bond #016026455 | 2300-000 | | ! 1.27 | 1,589.70 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,589.71 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,589.72 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,589.73 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,589.74 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,589.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.50 | 1,587.25 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,587.26 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,562.26 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,562.27 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,537.27 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,537.28 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,512.28 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,512.29 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,487.29 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,487.30 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,462.30 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,462.31 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,437.31 |
| 02/28/12 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #09-08509, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 1.19 | 1,436.12 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,411.12 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,386.12 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,361.12 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,336.12 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,311.12 |

| | | | | Subtotals : | $1,591.08 | $279.96 | |

{} Asset reference(s)                    !-Not printed or not transmitted                    Printed: 08/27/2013 10:58 AM    V.13.13

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-08509 |
| Case Name: | JOYCE, JOHN R. |
| Taxpayer ID #: | **-***3769 |
| Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******68-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,286.12 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,261.12 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,236.12 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,211.12 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,186.12 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,161.12 |
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033035088<br>20130103 | 9999-000 | | 1,161.12 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,591.08 | 1,591.08 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,161.12 | |
| **Subtotal** | 1,591.08 | 429.96 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,591.08** | **$429.96** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-08509 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | JOYCE, JOHN R. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****761465 - Checking Account |
| Taxpayer ID #: | **-***3769 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/27/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 1,161.12 | | 1,161.12 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,151.12 |
| 02/07/13 | 11003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #09-08509, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 1.01 | 1,150.11 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,140.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,130.11 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,120.11 |
| 07/17/13 | 11004 | EUGENE CRANE | Dividend paid  47.74% on $397.77, Trustee Compensation;  Reference: | 2100-000 | | 189.90 | 930.21 |
| 07/17/13 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid  47.74% on $1,948.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 930.21 | 0.00 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 1,161.12 | 1,161.12 | $0.00 |
| | | Less: Bank Transfers | | 1,161.12 | 0.00 | |
| | | Subtotal | | 0.00 | 1,161.12 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $0.00 | $1,161.12 | |

| Net Receipts : | 1,591.08 |
|---|---|
| Net Estate : | $1,591.08 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******68-65 | 1,591.08 | 429.96 | 0.00 |
| Checking # ****761465 | 0.00 | 1,161.12 | 0.00 |
| | $1,591.08 | $1,591.08 | $0.00 |

{} Asset reference(s)

Printed: 08/27/2013 10:58 AM    V.13.13